478 A.2d 107

Commonwealth v. Bertrand, Appellant.

Argued March 15, 1984. Ronald J. Harper, for appellant; Denis Cohen, Assistant District Attorney, for appellee.

Before CAVANAUGH, WEIAND and CIRILLO, JJ.

Judgment affirmed.

WIEAND, J., concurred in the result.

478 A.2d 107

Commonwealth v. Bey, Appellant.

Submitted November 28, 1983. Paul S. Herzberg, for appellant; Jane C. Greenspan, Assistant District Attorney, for appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.